UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
DANVILLE/URBANA DIVISION

| | |
|---|---|
| ERIC COLLINS and AMY COLLINS, ) | |
| ) | 08-2024-HAB-DGB |
| Plaintiffs, ) | |
| ) | Jury Trial Demand |
| vs. ) | |
| ) | |
| PENNCRO ASSOCIATES, INC., ) | |
| a Pennsylvania corporation, ) | |
| ) | |
| Defendant. ) | |

## STIPULATION TO DISMISS

NOW COME Plaintiffs ERIC COLLINS and AMY COLLINS, by and through their attorneys, Brankey & Smith, P.C., and Defendant PENNCRO ASSOCIATES, INC., by and through its attorneys, Hinshaw & Culbertson, L.L.P., and stipulate that the above-captioned cause should be dismissed with prejudice and with each party bearing its own costs.

_s/ Roy Jackson Dent_
Roy Jackson Dent
Brankey & Smith, P.C.
622 Jackson Avenue
Charleston, IL 61920
Phone: (217) 345-6222
Facsimile: (217) 345-6232
E-Mail: rdent@brankeysmithpc.com

Attorney for Plaintiff

_s/ David M. Schultz_
David M. Schultz
Hinshaw & Culbertson, L.L.P.
222 North LaSalle Street, Suite 300
Chicago, IL 60601-1081
Phone: (312) 704-3000
Facsimile: (312) 704-3001
E-Mail: dschultz@hinshawlaw.com

Attorney for Defendant